DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ERIC RIVERA CRUZ,**
Appellant,

v.

**SECURITY NATIONAL INSURANCE COMPANY,**
Appellee.

No. 4D2023-0737

[February 29, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Jack Ben Tuter, Jr., Judge; L.T. Case No. CACE20-000612.

John J. Shahady of Shahady & Wurtenberger, P.A., Fort Lauderdale, and Lawrence M. Kopelman of Lawrence M. Kopelman, P.A., Fort Lauderdale, for appellant.

Marcy Levine Aldrich and Nancy A. Copperthwaite of Akerman LLP, Miami, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, LEVINE and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***